IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOMMY JAMMER,            } | |
|     Petitioner,            } | |
| v.            } | CIVIL ACTION NO. H-08-0455 |
|     } | |
| TOMMY THOMAS,            } | |
|     Respondent.            } | |

OPINION ON DISMISSAL

*Pro se* Tommy Jammer has filed suit against Harris County Sheriff Tommy Thomas on a form used by inmates to challenge their convictions by petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket Entry No.1). Jammer seeks relief from the dismissal of a civil rights suit styled *Jammer v. Emmitt*, Civil Action No.H-08-0086 (S.D. Tex. Jan. 31, 2008). To the extent that Jammer seeks to appeal the dismissal of Civil Action No.H-08-86, he fails to do so by filing the pending habeas petition. To the extent that Jammer seeks to file another civil rights complaint against Thomas on the same claims that he raised in Civil Action No.H-06-1088 and Civil Action H-08-0086, the present suit is barred by *res judicata* for the reasons stated in Civil Action No.H-08-0086.

Accordingly, the Court ORDERS the pending suit be DISMISSED WITH PREJUDICE. All pending motions, if any, are DENIED.

SIGNED at Houston, Texas, this 19th day of February, 2008.

                                            MELINDA HARMON
                                  UNITED STATES DISTRICT JUDGE